KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, SBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MESUDE OZER,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and ROBERT P. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>   Defendants. | No. C 06-4779-JCS<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

   The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 30-day extension of the date of the case management conference in the above-entitled action in light of the reasonable possibility that this case may be moot within the next 30 days. If the case becomes moot in the next thirty days, the parties will file a stipulation to dismiss. If the case does not become moot in the next 30 days, the parties will file a joint case management statement 7 days in advance of the re-scheduled case management conference.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 06-4779-JCS                        1

Dated:  November 13, 2006
/s/
DONALD UNGAR, ESQ.
Attorneys for Plaintiff

Dated:  November 13, 2006
/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED, as modified, the initial cmc is continued to December 15, 2006, at 1:30 p.m.

Date:  Nov. 13, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 06-4779-JCS                                                  2