1  Donald Ungar, Cal.SBN 29989
   50 California Street, Suite 470
2  San Francisco, California 94111
   Tel: (415) 421 0860
3  Fax: (415) 421 0772

4  Attorney for Plaintiff

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
    MESUDE OZER,                          )
11                                        )    No. C - 06 - 04779 JCS
        Plaintiff,                        )
12                                        )
            v.                            )
13                                        )    STIPULATION AND [~~PROPOSED~~]
    MICHAEL CHERTOFF, et al.              )    ORDER DISMISSING COMPLAINT
14                                        )
    Defendants.                           )
15  _____ )

16

17      Because the application of plaintiff for status as a lawful permanent resident of the United

18  States has been approved, the issue she has raised in her complaint is moot.  Consequently, the

19  parties, through their respective counsel, hereby stipulate, subject to the court's approval to

20  dismissal of her complaint.

21      Dated: November 22, 2006                      Dated: November 22, 2006

22                                                    Kevin V. Ryan, U.S. Attorney

23

24      _____(s)_____
        Donald Ungar
25      Attorney for Plaintiff
                                                      _____(s)_____
26                                                    Edward Olsen,
                                                      Assistant United States Attorney
27                                                    Attorneys for Defendants

28

                                            1

1  Attestation of Counsel

2  _____I declare that I am in possession of the signed original of the above document and that I
3  will make it available for the court's inspection if asked to do so.

4
Dated: November 28, 2006                                              /S/
5                                                              _____
                                                                  Donald Ungar
6                                                              Attorney for Plaintiff

7

8
    IT IS SO ORDERED:
9

10

11  Dated:  November 28, 2006

*[Signature of Judge Joseph C. Spero with United States District Court, Northern District of California seal]*

2